## 4

Paul DENNISON v. STATE.  (No. 11833.) Court of Criminal Appeals of Texas.  June 13, 1928.  Appeal from District Court, Eastland County; Elzo Been, Judge.  J. Lee Cearley, of Cisco, and A. B. Haworth, of Comanche, for appellant.  A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.  Conviction for robbery; punishment, 15 years in the penitentiary.  The

record is here without any statement of facts. There is in the transcript what purports to be a bill of exceptions, but same is in such shape it cannot be considered. The indictment correctly charges the offense, and is followed by the charge of the court, judgment, and sentence. No error appearing, the judgment will be affirmed.